UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-30 (MJD/JGL)

ROGER W. SADECKI,

Plaintiff,

v.

**PRETRIAL ORDER**

MINNESOTA DEPARTMENT OF TRANSPORTATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. The period during which the parties may seek non-expert discovery shall be completed by November 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to March 1, 2003; and

6. This case will be considered "ready for trial" as of March 1, 2003.

DATED: April 15, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed APR 15 2002
Richard D. Sletten, Clerk
Judgment Entd.______
Deputy Clerk______